**Motions Granted and Order filed July 16, 2013.**



In The

## Fourteenth Court of Appeals

————————

NO. 14-13-00566-CV

————————

**IN RE DEBRA C. GUNN, M.D., Relator**

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 352,923-401

## O R D E R

On July 1, 2013, relator, Debra C. Gunn, M.D., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable Mike Wood, Judge of Probate Court No. 2, in Harris County, Texas, to set aside his order dated June 11, 2013, entered in trial court cause number 352,923-401, styled *Andre McCoy, as Permanent Guardian of Shannon Miles McCoy, an Incapacitated Person v. Debra C. Gunn, M.D., et al*. Relator claims respondent abused his discretion by ordering her counsel disqualified.

Relator has also filed a motion for a temporary stay of proceedings below. *See*

Tex. R. App. P. 52.8(b), 52.10. On July 2, 2013, relator asked this court to postpone consideration of her motion for temporary relief and petition while the parties engaged in discussions about the proceedings below. On July 15, 2013, relator filed a supplemental motion for emergency temporary relief, asking that we stay proceedings in the trial court pending a decision on her petition for writ of mandamus.

It appears from the facts stated in the petition and motions that relators' request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motions and issue the following order:

We **ORDER** all proceedings in trial court cause number 352,923-401, styled *Andre McCoy, as Permanent Guardian of Shannon Miles McCoy, an Incapacitated Person v. Debra C. Gunn, M.D., et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Obstetrical and Gynecological Associates, PLLC f/k/a Obstetrical Gynecological Associates, PA and Andre McCoy, as Permanent Guardian of Shannon Miles McCoy, an Incapacitated Person, who are the principle real parties-in-interest, to file a response or responses to the petition for writ of mandamus on or before **July 31, 2013.** *See* Tex. R. App. P. 52.4. Any of the other real parties may file a response or join in the response(s) filed, but they are not requested to do so. *See* Tex. R. App. P. 9.7.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices McCally and Donovan.